## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERTZ MICROSYSTEMS LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAWO INC., LAWO NORTH AMERICA ) <br> CORP., and LAWO AG, ) <br> ) <br> Defendants. ) | C.A. No. 19-302-MN-JLH |

## RENEWED MOTION FOR TELECONFERENCE TO RESOLVE PROTECTIVE ORDER DISPUTE

Evertz Microsystems Ltd., respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding the following protective order matter:

- Whether Evertz's outside Canadian counsel should be allowed access to material designated as Protected Material under the Protective Order

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following dates: September 23, 2019, September 27, 2019 and October 25, 2019.

For Plaintiff:

Delaware Counsel: Jonathan Choa

Lead Counsel: Erik Maurer, Binal Patel (September 23 and October 25 calls only), Brian Apel (October 25 call only)

For Defendants:

Delaware Counsel: R Touhey Myer, (September 27 and October 25 calls only)

Lead Counsel: Ted Semaya, Alex Mirkin, (September 23 and September 27 calls only), Gregory Grissett (October 25 call only), and Lynn M. Terrebonne (October 25 call only)

2

The parties are available for a teleconference on the following dates: November 4, 5 (pm) and 7, 2019.

Evertz Microsystems Ltd. requests separate letter briefing.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Jonathan A. Choa* |
| Binal J. Patel | Jonathan A. Choa (#5319) |
| Erik S. Maurer | Alan R. Silverstein (#5066) |
| Brian T. Apel | Hercules Plaza, 6th Floor |
| BANNER & WITCOFF, Ltd. | 1313 N. Market Street |
| 71 S. Wacker Drive | Wilmington, DE  19801 |
| Suite 3600 | (302) 984-6000 |
| Chicago, IL, 60606 | jchoa@potteranderson.com |
| (312) 463-5000 | asilverstein@potteranderson.com |
| | |
| Dated:  October 25, 2019 | *Attorneys for Plaintiff* |
| 6419798 | *Evertz Microsystems Ltd.* |