IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERTZ MICROSYSTEMS LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-302-MN-JLH |
| LAWO INC., LAWO NORTH AMERICA CORP., and LAWO AG, | ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

With regard to Plaintiff's Motion to: (1) Dismiss Defendants' Counterclaims Relating to Antitrust, Fraud, Defamation, and Unfair Competition; (2) Strike Certain of Defendants' Affirmative Defenses; and (3) In the Alternative, Sever and Stay Defendants' Antitrust, Fraud, Defamation, and Unfair Competition Counterclaims (D.I. 26) (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED WITHOUT PREJUDICE.

2. Upon agreement of the parties: (i) Defendants' Counterclaim XVI is DISMISSED WITHOUT PREJUDICE; (ii) Defendants' Counterclaims XVII, XVIII, XIX, and XX and Defendants' Sixth and Eighth Affirmative Defenses are BIFURCATED AND STAYED; and (iii) Defendants' Counterclaim XV and Seventh Affirmative Defense is BIFURCATED AND STAYED IN PART.

3. Discovery on Defendants' Counterclaim XV and Seventh Affirmative Defense shall proceed under the current Scheduling Order, but shall be limited to the allegations of inequitable conduct concerning RFC No. 1889, U.S. Patent No. 8,537,838 and 8,891,963 as described in part in ¶¶ 129, 131–145 of Defendants' Counterclaims (D.I. 22).

4.       Discovery on Defendants' Counterclaims XVII, XVIII, XIX, and XX and Defendants' Sixth and Eighth Affirmative Defenses shall occur after trial of Plaintiff's Counts I-VII and Defendants' Counterclaims I-XIV.

5.       Trial(s) on Defendants' Counterclaims XV, XVII, XVIII, XIX, and XX and Defendants' Sixth, Seventh, and Eighth Affirmative Defenses shall occur after trial of Plaintiff's Counts I-VII and Defendants' Counterclaims I-XIV.

6.       Specific timing and sequencing of the discovery and the trial(s) described in paragraphs 4 and 5 shall be determined after trial of Plaintiff's Counts I-VII and Defendants' Counterclaims I-XIV.

7.       Plaintiff may renew or refile its motion to dismiss after the trial of Plaintiff's Counts I-VII and Defendants' Counterclaims I-XIV, except that Plaintiff may renew or refile its motion to dismiss with respect to Defendants' Counterclaim XV and Seventh Affirmative Defense ~~at any time~~ [JLH: not more than ten days before the date set forth in Paragraph 16(a) of the Scheduling Order (D.I. 32) unless Plaintiff obtains leave of Court to file earlier.]

8.       Plaintiff's Answer to Defendants' Counterclaims (D.I. 22) shall be filed no later than January 30, 2020. Plaintiff's Answer need only respond to Defendants' Counterclaims I–XV (¶¶ 129, 131–145), and their supporting allegations.

| POTTER ANDERSON & CORROON LLP | OFFIT KURMAN, P.A. |
|---|---|
| By: */s/ Jonathan A. Choa*<br>    Jonathan A. Choa (#5319)<br>    Alan Silverstein (#5066)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    jchoa@potteranderson.com<br>    asilverstein@potteranderson.com | By: */s/ R Touhey Myer*<br>    R Touhey Myer (#5939)<br>    One Commerce Center<br>    1201 N. Orange Street<br>    Suite 10E<br>    Wilmington, Delaware 19801<br>    (302) 351-0908<br>    touhey.myer@offitkurman.com |
| *Attorneys for Plaintiff*<br>*Evertz Microsystems, Ltd.* | *Attorneys for Defendants*<br>*Lawo, Inc., Lawo Corp., and Lawo AG* |

SO ORDERED on this __10__ day of January 2020.

_____
U.S.M.J.
Jennifer L. Hall

3