# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERTZ MICROSYSTEMS LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) C.A. No. 19-302-MN-JLH |
| LAWO INC., LAWO NORTH AMERICA CORP., and LAWO AG, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff Evertz Microsystems Ltd.'s ("Evertz") Unopposed Motion for Issuance of a Letter of Request to Non-Party Arkona Technologies GmbH Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Motion"). (D.I. 124.) Having reviewed the Motion and finding the proposed Letter of Request (*id.*, Ex. A) reasonable and in compliance with the requirements of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, I will GRANT Evertz's Motion.

**IT IS HEREBY ORDERED:**

That Evertz's Motion is GRANTED, subject to the additional requirements set forth below.

**IT IS FURTHER ORDERED**:

That Evertz confirm that the asserted claims listed in the fourth bullet point under heading "1." on page 10 of the Letter of Request are accurate; that Evertz remove the sentence on page 14 beginning with the phrase, "This Court will ensure compliance with applicable laws and regulations of the General Data Protection Regulation . . . ." or modify that sentence to clarify that the responsibility to comply with European data protection laws remains on the parties (*e.g.,* "The

parties have assured the Court that they will comply with applicable laws . . ."); and that Evertz prepare and submit a revised Letter of Request containing signature lines which reflect Magistrate Judge Jennifer L. Hall's management of motions and discovery matters in this case, as well as an authenticated German translation.  The Court will sign the revised Letter of Request and the Clerk of Court shall authenticate the Court's signature by affixing the seal of the Court to three copies of the signed Letter of Request and return three copies of the signed Letter of Request to counsel for delivery to the proper authorities.

Date:   July 28, 2020

_____
Jennifer L. Hall
UNITED STATES MAGISTRATE JUDGE