IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERTZ MICROSYSTEMS LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-302-MN |
| | ) |
| LAWO INC., LAWO CORP., and LAWO AG, | ) |
| | ) |
| Defendants. | ) |

**REVISED STIPULATION AND ORDER**

WHEREAS, the parties desire to supplement and amend the Scheduling Order in advance of the scheduled pretrial conference. THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the case schedule is amended as follows:

| **Proposed Date**[1] | **Event** |
|---|---|
| Thursday, October 14, 2021 | **Evertz** to provide to Lawo<br>• Pretrial Order Shell including joint sections and sections related to Evertz's case[2]<br>   o Statement of Facts Which are Admitted<br>   o Statement of Issues of Fact that Remain to be Litigated<br>   o Statement of Issues of Law that Remain to be Litigated<br>   o Statement of Proofs for Plaintiff's claims, including damages<br>   o Waiver of Any Claims and Defenses<br>   o Qualifications of Evertz's Expert Witnesses<br>   o Non-Jury Trial Matters<br>   o Length and Type of Trial (including number of jurors) |

---

[1] Dates in bold are dates set by the current Scheduling Order, some of which the parties request be modified.

[2] Order to Control Course of Action; Nature of the Action and Pleadings; Federal Jurisdiction; Venue; Brief Statement of Intended Proofs; Amendments of Pleadings; Claim Construction; Case Dispositive Motions; Certification of Settlement Efforts; and any other matters which the

| **Proposed Date**[1] | **Event** |
|---|---|
| Thursday, October 21, 2021 | **Evertz** to provide Lawo:<br>• Preliminary jury instructions<br>• Final jury instructions |
| Thursday, October 28 2021 | **Lawo** to provide to Evertz:<br>• Redline revisions to Pretrial Order Shell including joint sections and Schedules relating to Evertz's case<br>• Pretrial Order Schedules relating to Lawo's case<br>　o Statement of Facts Which are Admitted<br>　o Statement of Issues of Fact that Remain to be Litigated<br>　o Statement of Issues of Law that Remain to be Litigated<br>　o Statement of Proofs for Defs. claims/defenses<br>　o Waiver of Any Claims and Defenses<br>　o Qualifications of Lawo's Expert Witnesses<br>　o Non-Jury Trial Matters<br>　o Length and Type of Trial (including number of jurors) |
| Thursday, November 4, 2021 | **Lawo** to provide to Evertz redline proposed revisions to:<br>• Preliminary jury instructions<br>• Final jury instructions<br><br>**Parties** to exchange:<br>• Exhibit lists (and for exhibits which were not bates numbered or marked at depositions, copies of the exhibits as well as the dates of production)[3]<br>• Witness lists<br>• Deposition designations<br>• Proposed voir dire<br>• Proposed special verdict forms |
| Thursday, November 11, 2021 | **Parties** to exchange:<br>• Objections to deposition designations and counter-designations |
| Thursday, November 18, 2021 | **Parties** to exchange:<br>• Objections to trial exhibits<br>• Objections to deposition counter-designations |

---

parties deem appropriate (*e.g.*, how trial demonstratives will be handled, trial disclosure schedule, outstanding motions).

[3] Inclusion exhibits which were not bates numbered or marked at depositions is without waiver of objections to the timeliness of such productions.

| **Proposed Date**[1] | **Event** |
|---|---|
| Tuesday, November 23, 2021 | **Parties** to exchange lists of proposed motions in limine |
| Tuesday, November 30, 2021 | First Meet and Confer, including:<br>• Proposed motions in limine<br>• Pretrial Order Shell and Schedules relating to Evertz's case<br>• Objections to trial exhibits, deposition designations, and deposition counter-designations<br>• Proposed *voir dire*<br>• Preliminary jury instructions<br>• Final jury instructions<br>• Special verdict form |
| Wednesday, December 1, 2021 | **Evertz** to provide to Lawo final revisions to:<br>• Pretrial Order Shell<br>• Proposed *voir dire*<br>• Preliminary jury instructions<br>• Final jury instructions<br>• Special verdict form<br>• Pretrial Order Shell sections related to Lawo's case |
| **Thursday, December 2, 2021** *(currently October 7, 2021)* | **Parties** to exchange, but do not file, Opening Briefs in support of motions in limine. |
| Monday, December 6, 2021 | **Evertz** to provide to Lawo:<br>• Draft Joint Exhibit List |
| Wednesday, December 8, 2021 | Second Meet and Confer, including:<br>• Pretrial Order Shell and Schedules<br>• Proposed *voir dire*<br>• Preliminary jury instructions<br>• Final jury instructions<br>• Special verdict form |
| **Thursday, December 9, 2021** *(currently October 14, 2021)* | **Parties** to exchange, but do not file, Opposition Briefs on motions in limine. |
| Friday, December 10, 2021 | **Lawo** to provide to Evertz:<br>• Edits to Joint Exhibit List |

| **Proposed Date**[1] | **Event** |
|---|---|
| Monday, December 13, 2021 | **Evertz** to provide Lawo complete drafts of:<br>• Joint Proposed Pretrial Order & Schedules<br>• Proposed *voir dire*<br>• Preliminary jury instructions<br>• Final jury instructions<br>• Special verdict form |
| Thursday, December 16, 2021 | **Parties** to exchange, but do not file, Reply Briefs in support motions in limine.<br>**Lawo** to provide to Evertz Lawo's final comments on:<br>• Joint Proposed Pretrial Order & Schedules<br>• Proposed *voir dire*<br>• Preliminary jury instructions<br>• Final jury instructions<br>• Special verdict forms |
| **Friday, December 17, 2021**<br>*(currently January 4, 2022)* | File Final Pretrial Order Due and all attachments, including motions in limine (including oppositions and replies) |
| Monday, January 10, 2022 | **Parties** exchange stamped copies of trial exhibits via FTP |
| **Wednesday, January 12, 2022**<br>*(no change)* | Final Pretrial Conference |
| **Monday, January 24, 2022**<br>*(no change)* | Trial |

The parties may agree in writing to modify any of the dates in this order without prior Court approval, except: the date for submission of the Final Pretrial Order; the date of the Final Pretrial Conference; or the date for Trial.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | OFFIT KURMAN, P.A. |
| By: */s/ Jonathan A. Choa* <br> Jonathan A. Choa (#5319) <br> Alan Silverstein (#5066) <br> Hercules Plaza <br> P.O. Box 951 <br> Wilmington, DE 19899 <br> (302) 984-6000 <br> jchoa@potteranderson.com <br> asilverstein@potteranderson.com <br><br> *Attorneys for Plaintiff Counsel for Plaintiff Evertz Microsystems, LTD* | By: */s/ R Touhey Myer* <br> R Touhey Myer (#5939) <br> 222 Delaware Avenue <br> Suite 1105 <br> Wilmington, DE 19801 <br> (302) 351-0900 <br> touhey.myer@offitkurman.com <br><br> *Attorneys for Defendant Lawo, Inc., Lawo Corp., and Lawo AG* |

SO ORDERED on this 17th day of September 2021.

_____
The Honorable Maryellen Noreika
United States District Judge

5