

Trust. Knowledge. Confidence.

**Frank E. Noyes, Esquire**
**fnoyes@offitkurman.com**
**(267) 338-1381 (tele)**
**(267) 338-1335 (facsimile)**
**DE Bar ID #3988**

## PUBLIC VERSION

May 19, 2022

**BY CM/ECF**

The Honorable Maryellen Noreika
U.S. District Court, District of Delaware
844 North King Street
Wilmington, DE 19801-3570

    Re:    <u>Evertz Microsystems Ltd. v. Lawo Inc. et al. Civil Case No. 19-302-MN-JLH</u>

Dear Judge Noreika:

    I am writing on behalf of Defendants Lawo AG, Lawo Inc. and Lawo Corp. (collectively "Lawo").  In response to the Court's oral order of this morning, I am respectfully resubmitting, without argument, Exhibits 1 through 6, attached hereto, which are discovery responses with relevant portions highlighted that Defendants believe disclose the specific configurations in response to the Court's statements on page 9 lines 7-14 and page 20 lines 7-12 of the transcript (D.I.472) of the Pretrial Conference on May 16.

    We are available at the convenience of the Court to address any further questions that the Court may have on this issue.

                             Respectfully yours,

                             <u>/s/ Frank E. Noyes, II</u>
                             Frank E. Noyes, II  (#3988)

FEN/
Enclosures
cc:    All Counsel of Record – by CM/ECF

# EXHIBIT 1

# REDACTED

# EXHIBIT 2

# REDACTED

# EXHIBIT 3

# REDACTED

# EXHIBIT 4

# REDACTED

# EXHIBIT 5

# REDACTED

# EXHIBIT 6

# REDACTED