AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ____for the District of Delaware____ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>C.A. No. 19-302-MN | 2/12/2019 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>EVERTZ MICROSYSTEMS LTD. | | DEFENDANT<br>LAWO INC., LAWO NORTH AMERICA CORP., and LAWO AG |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 8,537,838 B2 | 9/17/2013 | Evertz Microsystems Ltd. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>3/11/2019 | INCLUDED BY<br>☒ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | US 8,270,398 B2 | 9/18/2012 | Evertz Microsystems Ltd. |
| 2 | US 9,100,217 B2 | 8/4/2015 | Evertz Microsystems Ltd. |
| 3 | US 9,473,322 B2 | 10/18/2016 | Evertz Microsystems Ltd. |
| 4 | US 9,654,391 B2 | 5/16/2017 | Evertz Microsystems Ltd. |
| 5 | US 9,942,139 B2 | 4/10/2018 | Evertz Microsystems Ltd. |
| 6 | US 10,164,877 B2 | 12/25/2018 | Evertz Microsystems Ltd. |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Dismissed - see attached |

| CLERK<br>John A. Cerino | (BY) DEPUTY CLERK<br>/s/ Mark D. Buckson, Jr. | DATE<br>6/7/2022 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy